FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAY 18 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION NO. |
| | : 2:13-CR-21-RWS-JCF |
| AMY B. WILLIAMS, | : |
| Defendant. | : |

## ORDER

This case is before the court for consideration of the Report and Recommendation ("R&R") [123] of Magistrate Judge J. Clay Fuller. After reviewing the R&R and Defendant's Objections [127], the R&R is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion for Bill of Particulars [91] is **GRANTED in part and DENIED in part**; Defendant's Motion for Order Pursuant to 18 U.S.C. § 207 [83] is **GRANTED in part and DENIED in part**; and Defendant's Motion and Supplemental Motion to Dismiss Indictment Based on Pre-Indictment Delay [103, 118] are **DENIED**.

**SO ORDERED** this 18th day of May, 2016.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE